AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:10-CV-781

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  The United States of America
was received by me on *(date)* April 19, 2010 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served the Summons and Complaint via certified mail/return receipt requested on April 20, 2010 on the U.S. Attorney General, the U.S. Attorney for the Middle District of Pennsylvania, and USP Allenwood.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: May 4, 2010

*Server's signature*
Kristina C.E. Cole, Esquire
Attorney for Plaintiff
*Printed name and title*

Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ .78 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.88 |

Postmark Here — PHILA PA 19104, APR 20 2010, USPS

Sent To: The United States of America
c/o U.S. Attorney General
U.S. Department of Justice
Street: Room B-103
950 Pennsylvania Ave., N.W.
City, State, ZIP+4: Washington, DC 20530-0001

PS Form 3800, May 2000    See Reverse for Instructions

7000 1530 0005 0748 9607

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ .78 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.88 |

Postmark Here — PHILA PA, APR 20 2010, USPS

Sent To: The United States of America
U.S. Atty for Middle Dist. of PA
Civil Process Clerk
Street: Madison Fed. Bldg. & Courthouse
235 N. Washington Ave., Suite 311
City, State, ZIP+4: Scranton, PA 18503

PS Form 3800, May 2000    See Reverse for Instructions

7000 1530 0005 0748 9621

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ .78 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.88 |

Postmark Here — PHILA PA 19104, APR 20 2010, USPS

Sent To: Warden
USP Allenwood, U.S. Penitentiary
Street: P.O. Box 3500
City, State, ZIP+4: White Deer, PA 17887

PS Form 3800, May 2000    See Reverse for Instructions

7000 1530 0005 0748 9591

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   The United States of America
   c/o U.S. Attorney General
   U.S. Department of Justice
   Room B-103
   950 Pennsylvania Ave., N.W.
   Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   APR 28 2010

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐

2. Article Number (Transfer from service label): 7000 1530 0005 074_

PS Form 3811, February 2004    Domestic Return Receipt

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   The United States of America
   c/o The U.S. Attorney for the
       Middle District of PA
   Civil Process Clerk
   William J. Nealon Federal Bldg.
     and Courthouse
   235 N. Washington Ave., Suite 311
   Scranton, PA 18503

   18501-0309

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of

D. Is delivery address different from item 1? ☒ Yes
   If YES, enter delivery address below: ☐ No

   P.O. Box 309     APR 26 2010

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7000 1530 0005 0748 9

PS Form 3811, February 2004    Domestic Return Receipt

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Warden
   USP Allenwood
   U.S. Penitentiary
   P.O. Box 3500
   White Deer, PA 17887

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Fernando Ortiz               4/23/10

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7000 1530 0005 0748 9591